UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GAMMA-10 PLASTICS, INC.,

Plaintiff,

v.

SOLVAY POLYMERS INC.,

Defendant.

CIVIL NO. 00-345 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: February 23, 2000

JOHN M. MASON
United States Magistrate Judge

FEB 23 2000
Filed ____________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________