UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Gamma-10 Plastics, Inc.,

Plaintiff,

vs. ORDER

Solvay Polymers, Inc.,

Defendant. Civ. No. 00-345 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the parties are directed to proceed to arbitration, in accordance with the provisions of their Mutual Secrecy Agreement, forthwith.

2. That the Defendant's Motion to Stay the Proceedings Pending Arbitration [Docket No. 4] is granted.

FILED 4-27-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

3. That, pending the completion of arbitration, this matter is placed in an Administrative Stay, and the parties are directed to contact the Court, upon the completion of arbitration, for the conduct of a Status Conference.

BY THE COURT:

Judge David S. Doty
United States District Court

DATED: 4/26/00
At Minneapolis, Minnesota