UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-345(DSD/RLE)

Gamma-10 Plastics,

Plaintiff,

v. **ORDER**

Solvay Polymers,

Defendant.

**IT IS HEREBY ORDERED** the above-captioned case is removed from the September 23, 2002, trial calendar. The above case will not be called for trial until further notice.

Dated: September 3, 2002

David S. Doty, Judge
United States District Court

FILED 9-3-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______