UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Gamma-10 Plastics, Inc.,

Plaintiff,

vs. ORDER

Solvay Polymers, Inc.,

Defendant. Civ. No. 00-345 (DSD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of September, 2002.

* * *

On August 16, 2002, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Wednesday, September 18, 2002. On September 3, 2002, an Order issued by the Hon. David S. Doty, was filed. Said Order removed this case from the September 23, 2002, Trial Calendar. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

20

FILED SEP 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Settlement Conference set for Wednesday, September 18, 2002, at 1:30 p.m., in Minneapolis, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE