UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gamma-10 Plastics, Inc.,

Plaintiff,

v.

Solvay Polymers, Inc.,

Defendant.

Civil File No. 00-CV-345 (DSD/RLE)

**[~~PROPOSED~~] ORDER**

On October 25, 2002, the above matter came before the Court on Defendant Solvay Polymers, Inc.'s Motion To Confirm Arbitration Award. Upon consideration of the proceedings before the Court on October 25, 2002, the memoranda and affidavits in support of the motion (no opposition papers having been filed), and all papers filed herein:

1. Defendant's motion is GRANTED, and the Arbitration Award dated January 2, 2002, submitted with Defendant's motion ("the Award"), is hereby CONFIRMED;

2. In light of the apparent dispute between plaintiff Gamma-10 Plastics, Inc. and its former counsel over rights to payment of the Award, Solvay Polymers may pay the amounts set forth in the Award (other than those amounts directed to be paid to the American Arbitration Association) into the Clerk of Court, where said funds shall be held in escrow pending the resolution of Gamma-10's dispute with its former counsel; and upon such payment into the Clerk of Court (and, as directed in the Award, to the

FILED 10-29-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 10-29-02
DEPUTY CLERK ____

American Arbitration Association), Solvay Polymers, Inc. shall be deemed to have satisfied the Award.

Dated: October 29, 2002

By ______________________
Hon. David S. Doty
United States District Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

**DATE MAILED TO COUNSEL/PRO SE PARTIES:**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.