UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-345(DSD/RLE)

Gamma-10 Plastics, Inc.

Plaintiff,

v. **ORDER**

Solvay Polymers, Inc.,

Defendant.

This matter is before the court upon the motion of plaintiff Gamma-10 Plastics, Inc. requesting the release of the arbitration award and related funds. After a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion is granted;

2. The funds held by the Clerk of Court in this matter shall be released to plaintiff; and

3. All funds being held by Charles A. Cox, Sr., including any funds being held by the law firm of Cox, Goudy, McNulty and Wallace, greater than $12,774.45 shall be released to plaintiff.

Dated: June 16, 2003

David S. Doty, Judge
United States District Court

FILED JUN 16 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______